UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

GEORGE ANTHONY BROWN, )
)
    Petitioner, )
)
v. ) Case No. CV407-069
)
RALPH KEMP, Warden, )
Wheeler Correctional Facility, and )
JAMES DONALD, Commissioner of )
the Georgia Department of Corrections, )
)
    Respondents. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27 day of Nov, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA